UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS A. PEREZ,  :
:
    Petitioner  :
:
v.  : CIVIL NO. 1:CV-00-1960
:
JANET RENO,  : (Judge Kane)
:
    Respondent  :

**ORDER**

NOW, THIS 6th DAY OF March, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

YVETTE KANE
United States District Judge

FILED
HARRISBURG, PA
MAR - 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

YK:jvw