ORIGINAL

FILED
HARRISBURG, PA
MAR 1 5 2001
MARY E. D'ANDREA, CLERK
PER._____ DEPUTY CLERK

Dated March 9, 2001

Yvette Kane, Judge
U.S. District Court
228 Walnut Street
Harrisburg, Pa 17108

1-00-CV-1960
/s/ Kane

Honorable Judge Yvette Kane,

   I am writing in regards to a recent decision in my case that has left me perplexed about how this could be done, legally.

   I fully understand you are the Judge, and have the absolute power in this situation, but once you have given the I.N.S. 20 days to respond and they failed to do, how can you take it upon yourself to give another 20 days ? On January 31, 2001, you ORDERED the I.N.S. to show cause, and there was no reply as usual in these types of cases. If someone besides a Federal agency was not to comply with such an order, there would be major problems. Now again on March 6, 2001, you took the liberty to ORDER I.N.S. to show cause within 20 days and respond to your Court. I don't think this is right when no one but a Federal agency would get this kind of leaniancy. I am sure that as a pro se prisoner, we never get such easy going tactics from any court.

   I am currently still fighting with the BIA, but as you know they always stay with the I.N.S. and their decisions, but I know for FACT, that I am entitled to 212(c) waiver with regards to retroactivity.

   Again, this in no way is against you personally, but with the current knowledge that I have with habeas corpus', I can't understand how they get to keep having chances to answer this Honorable Court. This is only the "Standard" delay tactics used by I.N.S, which I see everyday with other I.N.S. inmates trying to get them to comply with the courts, and they never do comply, but just keep getting breaks, because they are part of the Federa Government, and it is viewed that they should be favored, instead of favoring the person sitting in prison, waiting for them to comply with your court.

Respectfully,

Carlos A. Perez
Snyder County Prison
600 Old Colony Road
Selinsgrove, Pa 17870