*see all*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS A. PEREZ,                :
                                :
    Petitioner                  :
                                :
    v.                          :   CIVIL NO. 1:CV-00-1960
                                :
JANET RENO,                     :   (Judge Kane)
                                :
    Respondent                  :

**ORDER**

Service of this petition for writ of habeas corpus was recently ordered on March 6, 2001. Since the deadline for submission of an answer to the petition has not yet passed, Petitioner's motion seeking entry of partial summary judgment (Doc. 3) on the basis that Respondents have failed to timely file an answer is DENIED. Petitioner's incorporated alternative request that he be released on bail is also DENIED.

_____
YVETTE KANE
United States District Judge

DATED: APRIL 6th, 2001

YK:jvw

FILED
HARRISBURG, PA

APR - 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            April 6, 2001


Re:  1:00-cv-01960    Perez v. Reno



True and correct copies of the attached were mailed by the clerk
to the following:


     Carlos A. Perez
     CTY-SNY
     Snyder County Jail
     600 Old Colony Rd.
     Selinsgrove, PA  17870-8610

     Kate L. Mershimer, Esq.
     U.S. Attorney's Office
     Room 217, Federal Building
     228 Walnut St.
     Harrisburg, PA  17108



cc:
Judge                        ( / )           ( ✓ ) Pro Se Law Clerk
Magistrate Judge             ( / )           (   ) INS
U.S. Marshal                 (   )           (   ) Jury Clerk
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          (   )
Order to Show Cause          (   )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )

Bankruptcy Court             (   )
Other_____(   )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: _____4/6/01_____                BY: _____
                                                   Deputy Clerk