**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*
Harrisburg:   (717) 221-3920
Williamsport:  (570) 323-6380

April 10, 2001

Mr. Carlos A. Perez
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

Re: Perez v. Reno, Civil No. 1:CV-00-1960 (Judge Kane)

Dear Mr. Perez:

I am writing in response to your recent letter regarding the case referenced above. Please be advised that a review of the docket provides that service of the petition was ordered on March 6, 2001.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf

FILED
SCRANTON

APR 11 2001

PER _____
   DEPUTY CLERK