OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380



April 27, 2001

FILED
SCRANTON
APR 3 0 2001

PER _____
DEPUTY CLERK

Mr. Carlos A. Perez
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

Re: <u>Perez v. Reno</u>, Civil No. 1:CV-00-1960 (Judge Kane)

Dear Mr. Perez:

I am writing in response to your letter dated April 12, 2001 regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf