(16)
12-4
S(

Carlos Perez #00-00475
Snyder County Prison
600 Old Colony Road
Selinsgrove, Pa. 17870

December 1, 2001

Clerk of Courts
United States District Court
228 Walnut Street
Harrisburg, Pa. 17108

FILED
HARRISBURG

DEC 0 3 2001

MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

RE: Case #00-CV-1960

Dear Clerk,

    I am writing in regards to the above referenced case, and I have the following concern/question;

    Attached to this letter, please find exhibit #1, that is an Order issued by Honorable Judge Kane. My question is..."Why wasn't this Order ever entered on my docket sheet?"

    Your prompt reply is anticipated. Thank-You.

Very Truly Yours,

*Carlos Perez* (signature)

Carlos Perez

cc:file

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS A. PEREZ,                    :
                                    :
            Petitioner              :
                                    :
    v.                              :   CIVIL NO. 1:CV-00-1960
                                    :
JANET RENO,                         :   (Judge Kane)
                                    :
            Respondent              :

**FILED**
HARRISBURG, PA

JAN 3 1 2001

MARY E. D'ANDREA, CLERK
PER_____
         DEPUTY CLERK

<u>ORDER</u>

NOW, THIS 31st DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT:

1.  The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2.  Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3.  A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4.  Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

EXHIBIT # 1

_____
YVETTE KANE
United States District Judge

YK:jvw