Clerk of Courts
U.S. District Courthouse
228 Walnut St.
Harrisburg, PA 17108

RE: 00-CV-01960

FILED
HARRISBURG

AUG 1 4 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Clerk of Courts,

    I am writing to inform you that my address has changed. I have been deported to Colombia, SA and will be having an address in Colombia soon. I will notify the courts of my new address as soon as possible, but for the current time could you please forward all correspondats to my home address where I have resided with my family for twenty plus years in New York City at

                      Carlos A. Perez
                      40-54 68th St. Woodside
                      Queens, NY 11377

    As my family will forward all future correspondants to me.

Thank you and I appreciate your time in this matter.

8/8/02
date

Sincerly,

*Carlos Perez*
Carlos A. Perez